IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DUANE C. BERRY, et al.,

    Plaintiffs,

vs.                                        Civ. No. 96-328 BB/WWD

CITY OF SOCORRO, et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

On November 25, 1997, I entered a Memorandum Opinion and Order which directed Defendant Maldonado to produce to me for an *in camera* inspection all documents responsive to request for production 18. In response to that order, I have been provided with three carbon copies of records from Presbyterian Healthcare Services as well as a lab test from Socorro General Hospital. One of the carbon copies is illegible.

**WHEREFORE,**

**IT IS ORDERED** that on or before January 9, 1998, Defendant Maldonado shall serve on Plaintiffs legible copies of the four aforementioned documents.

_____
UNITED STATES MAGISTRATE JUDGE